UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN ROMERO TORRES and EVELYN
INFANTE VARGAS, *individually and on behalf
of others similarly situated*,

                              Plaintiffs,         16-CV-4581 (JPO)

               -v-                                     ORDER

BIQUETTE LLC (d/b/a FRERE DE LYS), *et al.*,

                             Defendants.
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      The parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and have submitted a proposed settlement for the Court's approval. (Dkt. No. 39.) The proposed settlement is for $27,500, of which $9,500—or 34.54%—will cover attorneys' costs and fees. The Plaintiffs will receive a total of $18,000.

      The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

      To that end, the proposed settlement at Docket Number 39 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: August 23, 2017
       New York, New York

                                                          _____
                                                                 J. PAUL OETKEN
                                                            United States District Judge